LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
One Concord Center
2300 Clayton Road, Suite 1400
Concord, California 94520
Telephone:    415.882.3290
Facsimile:     415.882.3232
Email: ltownsend@owe.com

Attorney for Plaintiff
DAVID GORDON OPPENHEIMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID GORDON OPPENHEIMER, an individual, | Case No. 5:25-cv-04083-NC |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | **[FRCP 41(a)(1)(A)(ii)]** |
| SANTA CRUZ MOUNTAINS WINEGROWERS ASSOCIATION, a California nonprofit corporation, | |
| Defendant. | |

Pursuant to stipulation of the parties, and Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the entire action herein be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Dated this 25th day of July, 2025.

_____
Nathanael M. Cousins
US District Judge

GRANTED
Judge Nathanael M. Cousins